**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.F., | No. CV-23-00212-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Unified School District, et al., | |
| Defendants. | |

Upon review, the Court has determined the Complaint contains unredacted reference to certain minors. "[I]n an electronic or paper filing with the court that contains … the name of an individual known to be a minor, … a party … making the filing may include only: … (3) the minor's initials[.]" Fed. R. Civ. P. 5.2(a).

Accordingly,

**IT IS ORDERED** the following documents be **SEALED**: 1, 1-1.

**IT IS FURTHER ORDERED ADVISING** Plaintiff that a minor's name must be reduced to initials in all further filings.

Dated this 22nd day of May, 2023.

Honorable John C. Hinderaker
United States District Judge